NOTE: CHANGES MADE BY THE COURT

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo, Jr**., <br><br> Plaintiff, <br><br> v. <br><br> **10201 Artesia, LLC**, a California Limited Liability Company; <br> **Artesia 5220, Inc**., a California Corporation; <br> and Does 1-10, <br><br> Defendants. | Case 2:19-CV-02724-RGK-MRW <br><br> \|~~Proposed~~\| **Judgment** <br> Re: Default Judgment |

1

Proposed JUDGMENT                    Case: 2:19-CV-02724-RGK-MRW

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Rafael Arroyo, Jr., shall have JUDGMENT in his favor in the amount of $9,182.50 against defendants 10201 Artesia, LLC and Artesia 5220, Inc.

Additionally, defendants 10201 Artesia, LLC and Artesia 5220, Inc., are ordered to provide **readily achievable (as defined by the ADA)** van-accessible parking space and accessible paths of travel within the gas station store in and through the public merchandise aisles at the ARCO located at 10201 Artesia Blvd., Bellflower, California, in compliance with the Americans with Disabilities Act Accessibility Standards.

Dated: August 6, 2019   By: _____/s/ Gary Klausner_____
United States District Judge

*Presented by*:
Dennis Price, Esq.
858-375-7385
dennisp@potterhandy.com
Attorney for Plaintiff